KATE BELL COBLENTZ, *Appellee*, v. DAVID A. PUTIFER
*et al., Appellants.*

No. 16,260.

Appeal from Reno district court; PETER J. GALLE,
judge.  Opinion filed January 8, 1910.  Reversed.

*F. F. Prigg, C. M. Williams,* and *R. A. Campbell,* for
the appellants.

*Frank L. Martin,* and *E. W. Cantrell,* for the appel-
lee.

*Per Curiam:* The judgment in this case is reversed and a
new trial granted on the authority of *Blodgett v. Yocum,* 80 Kan.
644, for error in the giving of instruction No. 7.

---

M. N. GARDNER, *Appellant,* v. R. B. BENN, *as County
Treasurer, etc., et al., Appellees.*

No. 16,215.

Appeal from Washington district court; WILLIAM T.
DILLON, judge.  Opinion on rehearing, filed February
12, 1910.  First opinion (ante, p. 442) modified.

*Fred Powell,* and *Thad Landon,* for the appellant.

*Edgar Bennett,* for the appellees.

*Per Curiam:* Upon an application for a rehearing our atten-
tion is directed to the fact that the thirty acres comprising
Beach's addition to Greenleaf was assessed for the purposes of
taxation as one entire tract, and the ordinance the validity of
which was upheld in the former opinion only annexes to the city
of Greenleaf blocks 1 to 6, inclusive, and lot "A" of Beach's ad-
dition.  The judgment will therefore be modified and the cause
remanded, with directions to apportion the assessment in ac-
cordance with the facts, unless the parties agree to an apportion-
ment, and to grant a permanent injunction against the levy of
city taxes against that portion of Beach's addition which was
not annexed to the city.  The costs in this court will be divided
between the parties.